# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LOUISE RANDALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOE FORKLIFT OPERATOR; TARGET CORPORATION; and DOES 1 TO 50, INCLUSIVE,<br><br>　　　　　Defendants. | **CASE NO. 8:21-cv-00650-JVS-DFMx**<br><br>*Assigned to: Hon. James V. Selna, Judge*<br><br>**ORDER TO REMAND CASE TO STATE COURT.**<br><br>[28 U.S.C. § 1447(c)] |

　　　Having reviewed the Stipulation of the Parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

　　　1.　　The "Notice of Removal of Civil Action" filed with this Court on April 8, 2021, as Document 1, shall be withdrawn and that this cause be remanded to the Superior Court of the State of California, County of Orange, Case No.: 30-2020-01173131-CU-PA-CJC;

　　　2.　　Plaintiff LOUISE RANDALL shall file a Dismissal of Defendant DOE 1 – FORKLIFT OPERATOR, served as SEAN PATRICK AHHING, currently with, and upon the filing of, this Stipulation;

　　　3.　　The Parties agree that neither Party shall be deemed a prevailing party pursuant to this Stipulation as a result of this remand;

4. The Parties shall bear their own costs and fees;

5. Neither Party shall be assessed any costs and fees or be held to have waived any argument, claim, or defense as a result of this Stipulation or remand; and

6. The Court further orders that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with this case.

SO ORDERED.

Dated: 10/18/21

_____
Hon. James V. Selna, Judge
United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT & KIRKPATRICK, 3 Park Plaza, Suite 350, Irvine, California 92614.

On October 18, 2021, I served the foregoing document described as: **ORDER TO REMAND CASE TO STATE COURT,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]  **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]  (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 18, 2021, at Irvine, California.

_____
Crystal Thompson

# SERVICE LIST

Randall v. Doe Forklift Operator, et al.
United States District Court Central District of California:

| | |
|---|---|
| Marc Lazarus, Esq.<br>RUSSELL & LAZARUS<br>1401 Dove Street, Suite 310<br>Newport Beach, CA, 92660<br>Telephone: (949) 851-0222<br>Facsimile: (949) 851-2422<br>Marc@lawrussell.com;<br>jorge@lawrussell.com;<br>sean@lawrussell.com | Attorneys for Plaintiff Louise Randall |